U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 2 6 2009

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER: 09-00064-01/08 |
| VERSUS | * | |
| JONATHAN WINTERS (1) | * | |
| a.k.a. "Mr. Cook", "Cook" | * | |
| PERRY LADAY (2) | * | |
| TELLIS VALLIER (3) | * | |
| a.k.a. "T-wink", "Wink" | * | |
| CHARLES ALFRED (4) | * | |
| RICHARD ALLEN (5) | * | |
| a.k.a. "Boo" | * | |
| CHAD ZENO (6) | * | |
| a.k.a. "Herb" | * | |
| JAMES JOSEPH (7) | * | JUDGE Doherty |
| a.k.a. "Trump", "Lil James" | * | |
| TROY BOUDREAUX (8) | * | MAGISTRATE JUDGE Methvin |
| a.k.a. "Country Boy", "Cunch" | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

### CONSPIRACY TO POSSESS AND DISTRIBUTE COCAINE AND COCAINE BASE
### 21 U.S.C. § 846

Beginning on a date unknown, but no later than the 1st day of January, 1991, until on or about the 14th day of February 2006, in the Western District of Louisiana and elsewhere, the defendants, JONATHAN WINTERS, a.k.a. "Mr. Cook", "Cook", PERRY LADAY, TELLIS VALLIER, a.k.a. "T-wink", "Wink", CHARLES ALFRED, RICHARD ALLEN, a.k.a. "Boo", CHAD ZENO, a.k.a. "Herb", JAMES JOSEPH, a.k.a. "Trump", "Lil James", and TROY BOUDREAUX, a.k.a. "Country Boy", "Cunch", did knowingly and intentionally

combine, conspire, confederate and agree together, and with others known and unknown to the Gand Jury, to commit the following offense against the United States, that is, to knowingly and intentionally distribute five kilograms or more of cocaine and fifty grams or more of cocaine base (Crack), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846. [21 U.S.C. § 846].

## OBJECT OF THE CONSPIRACY

It was the object of the conspiracy that JONATHAN WINTERS, a.k.a. "Mr. Cook", "Cook", PERRY LADAY, TELLIS VALLIER, a.k.a. "T-wink", "Wink", CHARLES ALFRED, RICHARD ALLEN, a.k.a. "Boo", CHAD ZENO, a.k.a. "Herb", JAMES JOSEPH, a.k.a. "Trump", "Lil James", and TROY BOUDREAUX, a.k.a. "Country Boy", "Cunch", together with other individuals both known and unknown to the Grand Jury, would devise, manage, control, conduct, and participate in an illegal interstate scheme for profit involving transportation and distribution of cocaine and cocaine base in various parts of the United States, including Lafayette, Louisiana.

## WAYS AND MEANS OF ACCOMPLISHING THE CONSPIRACY

It was a necessary part of the conspiracy that the defendants and certain un-indicted coconspirators would utilize motor vehicles for couriers to transport and deliver cocaine from points in the State of Texas, to locations in the State of Louisiana and elsewhere within the United States.

## OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects thereof, one or more of the conspirators committed and/or caused to be committed, the following overt acts, as well as the substantive acts alleged in Count Two, inclusive, of this

Indictment which are incorporated herein by reference as overt acts:

    a.    On or about June 24, 1994, CHAD ZENO, possessed $16,625.00 in proceeds from the distribution of cocaine and cocaine base in Lafayette, Louisiana.

    b.    On or about May 17, 2000, CHAD ZENO, possessed $20,826.62 in proceeds from the distribution of cocaine and cocaine base in Lafayette, Louisiana.

    c.    On or about November 5, 2001, JAMES JOSEPH, possessed $41,000.00 in proceeds from the distribution of cocaine and cocaine base in Chambers County, Texas.

    d.    On or about May 31, 2002, an unindicted co-conspirator distributed 175 grams of cocaine base and possessed an additional 32 grams of cocaine base which he had previously purchased from PERRY LADAY.

    e.    On or about August 13, 2002, JAMES JOSEPH possessed approximately 2,110 grams cocaine base (crack) at his residence.

    f.    On or about October 14, 2004, CHAD ZENO, possessed $17,000.00 in proceeds from the distribution of cocaine and cocaine base in Lafayette, Louisiana.

    g.    On or about October 25, 2004, TROY BOUDREAUX, possessed $34,075.00 in proceeds from the distribution of cocaine and cocaine base in Lafayette, Louisiana.

    h.    On or about March 4, 2005, TROY BOUDREAUX possessed with intent to distribute approximately 28.46 kilograms of cocaine Houston, Texas.

The conspiracy set forth herein and the overt acts described above all being in violation of Title 21, United States Code, Section 846. [21 U.S.C. § 846].

## COUNT 2

### POSSESSION WITH INTENT TO DISTRIBUTE COCAINE
### 21. U.S.C. § 841(a)(1) and 18 U.S.C. § 2

On or about the 18th day of August, 2005, in the Western District of Louisiana, the defendant, CHAD ZENO, a.k.a. "Herb", knowingly and intentionally possessed with intent to distribute approximately one (1) kilogram of cocaine, a Schedule II narcotic controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B). [21 U.S.C. § 841(a)(1) and 841(b)(1)(B)].

## COUNT 3

### POSSESSION WITH INTENT TO DISTRIBUTE COCAINE
### 21. U.S.C. § 841(a)(1)&(b)(1)(C)

On or about the 11th day of August, 2008, in the Western District of Louisiana, the defendant, CHAD ZENO, a.k.a. "Herb", knowingly and intentionally possessed with intent to distribute approximately 257 grams of cocaine, a Schedule II narcotic controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). [21 U.S.C. § 841(a)(1) and 841(b)(1)(C)].

A TRUE BILL:

DONALD W. WASHINGTON
United States Attorney

By: _____
JOHN LUKE WALKER, ID # 18077
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618